| | |
|---|---|
| 1 Martha G. Bronitsky<br>Chapter 13 Standing Trustee<br>2 24301 Southland Dr #200<br>Hayward,CA 94545-1541<br>3 (510) 266- 5580<br>4 13trustee@oak13.com | Entered on Docket<br>July 14, 2010<br>GLORIA L. FRANKLIN, CLERK<br>U.S BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>Signed: July 13, 2010 |

5 Trustee for Debtor(s)

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>Donald W Chappell Jr<br><br>Debtors(s) | Chapter 13 Case Number:<br>10-41401-LT 13<br><br>Hearing: 7/9/2010<br>Time:  9:00am<br>Courtroom: 201 |

**ORDER OF DISMISSAL PRIOR TO CONFIRMATION OF PLAN**

GOOD CAUSE APPEARING,

   IT IS HEREBY ORDERED that the above entitled Chapter 13 Case case is DISMISSED PRIOR TO CONFIRMATION of the plan.

END OF ORDER

|   | COURT SERVICE LIST |
|---|---|

Donald W Chappell Jr
622 W 16Th St
Antioch, CA 94509

(Debtor(s))

Citifinancial Auto Corporation
P.O. Box 182287
Columbus Columbus,   00000
(Creditor)

Care Credit/Gemb
Po Box 981439
El Paso, TX  79998
(Creditor)

Citifinancial Auto Corp
Po Box 182287
Columbus, OH  43218
(Creditor)

Merced County Da
3345 M Street
Merced, CA  95348
(Creditor)

Us Bank
4801 Frederica St
Owensboro, KY  42301
(Creditor)

Us Bank
4801 Frederica St
Owensboro, KY  42301
(Creditor)

Wells Fargo Bank
Po Box 31557
Billings, MT  59107
(Creditor)

Wells Fargo Bank
Po Box 5445
Portland, OR  97208
(Creditor)

James A Pixton Atty
1524-A Lincoln Ave
Alameda, CA 94501

(Counsel for Debtor)

Wells Fargo Bank, N.A.
C/O Wells Fargo Card Services
Recovery Department
P.O. Box 9210
Des Moines, IA 50306
(Creditor)

Wells Fargo Bank, N.A.
P. O. Box 14469 Mac X2303-01A
Des Moines, IA  503069655
(Creditor)

Wells Fargo Operations Center
Po Box 31557 Mac B6955-01B
Billings, MT  59107
(Creditor)

| | |
|---|---|
| 1 | Citifinancial Auto<br>2208 Highway 121, Ste 100<br>Bedford, TX  76021-0000 |
| 2 | |
| 3 | Us Bank Home Mortgage<br>17500 Rockside Rd.<br>Bedford, OH  44146-0000 |
| 4 | |
| 5 | Us Bank Home Mortgage<br>17500 Rockside Rd.<br>Bedford, OH  44146-0000 |
| 6 | |
| 7 | Wells Fargo Bank<br>Po Box 31557<br>Billings, MT  59107-0000 |
| 8 | |
| 9 | Citifinancial Auto Corporation<br>Po Box 9578<br>Coppell, TX  75019 |
| 10 | Wells Fargo Bank<br>Po Box 14469 Mac X2303-01A<br>Des Monies, IA  50306 |